AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Emanuel H. Jones #557338
Plaintiff

V.

Delaware State Department of Corrections
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-773

I, Emanuel H. Jones, declare that I am the (check appropriate box)

• • Petitioner/**Plaintiff**/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BJ scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (**Yes**)   • No   (If "No" go to Question)

   If "YES" state the place of your incarceration  Howard R. Young Correctional Institution

   Inmate Identification Number (Required):  SBI # 557338

   Are you employed at the institution? **NO**  Do you receive any payment from the institution? **NO**

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   (• **No**)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • **No** |
   | b. | Rent payments, interest or dividends | • • Yes | • • **No** |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • **No** |
   | d. | Disability or workers compensation payments | • • Yes | • • **No** |
   | e. | Gifts or inheritances | • • Yes | • • **No** |
   | f. | Any other sources | • • Yes | • • **No** |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   • • Yes   (• • No)

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                             • • Yes   (• • No)

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

    None

I declare under penalty of perjury that the above information is true and correct.

12-13-2006                    Emanuel H Jaues
DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. **If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
11/17/06 09:34
ST 007 / OPR JMH

SBI             : 557338
Resident Name   : JONES, EMMANUEL
Time Frame      : 05/27/2006 22:52 - 11/17/2006 09:34

-------------------------------------------------------------------------------
Date         Time    Type           ST   OPR    Receipt #      Amount    Balance
-------------------------------------------------------------------------------

05/27/2006   22:52   Add            5    lmw    E15269          11.10     11.25
06/07/2006   10:24   Order          2    DDT    B118583         10.89      0.36
07/21/2006   11:50   Add            4    SED    D51356         150.00    150.36
07/26/2006   08:47   Order          2    DDT    B125854         59.16     91.20
08/02/2006   11:02   Order          2    WLH    B126817         58.20     33.00
08/07/2006   12:45   Credit              LH     B127185         13.58     46.58
08/07/2006   12:46   Order               LH     B127186         18.97     27.61
08/16/2006   08:57   Order               DDT    B128959          1.41     26.20
08/16/2006   13:41   Credit         2    DDT    B128971          1.41     27.61
08/23/2006   08:32   Rec Payment    10   bsp    J5248            2.75     24.86
08/30/2006   08:10   Rec Payment    10   bsp    J5258            3.15     21.71
08/31/2006   08:56   Order          2    WLH    B130894          1.88     19.83
09/04/2006   11:01   Order          2    WLH    B131199         13.82      6.01
09/11/2006   06:58   Order          2    WLH    B132079          5.44      0.57
10/02/2006   06:42   Order          2    DDT    B134996          0.46      0.11
```