Dear: Clerk

06-773

Can you send me 5 copies of the U.S Marshal 285 Form Thank you for your time & Consideration in this Matter.

Also Clerk I don't have any money in my account but 11¢ it's hard for me to try in come up with money in here and I'm not working in the Institution and Nobody helps me out on the out side and you can see that Nobody sends me any money cause I still have the 11¢ on my account since October.2.2006 and it's December.

Thank you

Sincerely yours

Emanuel.H.Jones #557338


FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned