IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL H. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-773-SLR |
| | ) |
| DELAWARE STATE DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**AUTHORIZATION**

I, Emanuel Jones, SBI #557338, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $5.50 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _January 4_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _January 10_, 2006.

_Emanuel H. Jones_
Signature of Plaintiff

FILED
JAN 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE