Case Number: 1:06-cv-773 (SLR)

## "Amended Complaint"

On the 6th day of January, 2007 on My Housing Pod 2D at Howard R. Young Correctional Institutio around the hours of 4:30 PM & 5:00 PM our dinner was being served, we was having dinner on the same dirty trays, we had Turkey Ham and Mac & cheese. I took a spoon full of Mac & cheese I bit down on something hard that broke my tooth, when I put my hands in my mouth and pulled it out My Mouth it was a Black Rock, Now my mouth is givin me pain Every day I got to take Motrin 3 & 4 times a day For the pain & it hurts alot. My tooth is broke off in My gums, I made a dentist appointment to see the dentist to see what he or she can do. I also have the Rock For Evidence, in this Matter. also on the dates of January 5th 6th 7th of 2007 Fish was being serv on these 3 days and I'm allergic to seafood and I suppose to recieve a diet tray when Fish is served and the Medical department & Kitchen Department know of My problem and it's "Noted" down that I Recieve diet trays well I Never Recieved anything I told the officers who was working these day officer MsGill officer Hastings they called the Sgt Denny and Lt Williams these supervisors said they would handle the situation But I was still given diet Fish trays that I didn't eat I asked the officers what was going on they said that this was on the supervisors So after the meal was over each day I was Never

(part 2) of amended complaint

they can do, So when Sgt denny & Lt williams Made they Rounds I (Emanuel.H.Jones) spoke with the personally they said they would get me something to Eat I Never Recieved anything and I Never on these 3 days, this Institution & supervisors are very Responsible For Me to Eat instead they denied me of that ▓▓▓ Rights. also at 12:00 O'clock Shift chang on the date of January, 5, 2007 I was having Bad Head aches and chest pain and I'm listed as a chronic care Inmate cause I have High Blood pressure and take Medication For My Blood pressure, I Felt My Blood pressure was high due to My head aches and chest pains I had to kick on the cell door For two hours and Ten Minutes Before the officer came to see what the problem was then it took him another twenty Minutes to get me down to Medical, upon Shift change and after shift change officers are suppose to Make they Rounds on the pod to Make sure Every Inmates safe and is alright and they cell Every half in hour the officer Never Made any Rounds until I I kick on the door, So if I Never kicked on the door the officer would of Never Made any Rounds to see what the problem was and that is very dangerous Since I Been here 3 Inmates hung & killed they self and I May have had a stroke or a Heart attack cause when I went to Medical My Blood pressure was checked it was 144 over 99 thats High I could Have Had or was on My way to having a stroke

(part 3) of Amended Complaint

or a Heart attack If I didint get to Medical and get Medication & checked, these officers is playing a very dangerous game. By Not Making Rounds a Inmate Just Killed His self Two or three week ago cause officers didint make they Rounds and I could Be Another dead Inmate It's a Mandatory Right that these officers Make they Rounds on each poded area, I'm very scared For My life in this Institution and I'm scared I might dont survive Next time a officer gets careless or lazy or want to sleep. I would like to Amend this complaint with my Original complaint For Violation of My constitutional and civil Rights pain & suffering, cruel & unusual punishment I would like to Be compensated For lost of Tooth pain in My Mouth, compensated For Being deprived of My Meals, and compensated For Rights Violation

Monetary Relief → Violation of constitutional & civil Rights (# 70.000 Seventy thousand)    Pain & suffering (# 30.000 Thirty thousand) cruel & unusual punishment (# 50.000 Fifty thousand)    compensatory Damage (# 100.000 one hundred thousand)    Punitive Damage (# 50.000 Fifty thousand)

Sincerely yours

Emmanuel. H. Jones # 557338

Howard. R. Young correctional Institution

1301 East 12th Street • P.O. Box 9561

Wilmington, DE 19809

(part·4) of amended complaint

On the 9th day of January 2007 at the Howard.R
Young Correctional Institution, at 830 PM on the 4 to
12 shift Officer Sharma & officer Norris was on
duty the Mendical Department came to 2D pod
which I am Housed at, to give medication out I
Emanuel.H.Jones #557333 was suppose to Recieve
Medication For My Severe Back pains My Blood
pressure & Mental Health medication For My depression
Since I was on a 24 hour cell confinement sanction
the officers above was suppose to let me out For My
Medication they Never did when they made Rounds
I told them I get medication they said the nurse
left I told them they have to call her or him Back so
I can Recieve My Medication they said they wasn't
doing anything or calling any Body and left in Front
of My Room, I asked the Officer Sharma again can
he call the Sgt he came Back and said there's Nothing
Sgt Williams can do and For Me to leave him alone
I asked him For a Grievance Form he said it ain't
any more and to get it on the Next shift. this
Officer Sharma deprived me of my Mandatory
Medication why I was in Severe pain & have
High Blood pressure, & Mental Health medication, I will
also like to ad to this Incident, & complaint, Violation
of My civil & constitutional Rights pain & Suffering,
Mental anguish and depression, cruel, & unusual punishment
                    Monetary Relief # 100.000 For all claims
                                          one hundred thousand

My Witnesses to the Amended Complaint

That heard officer SharMa say he ain't doing
anything or call anyBody. and deprived Me of
My Right to Medical care & Refuse to call the Bod
So I can Recieve My Medication, and officer
SharMa stated there Nothin Sgt Williams can do &
denied Me a Grievance FoRM. Now My Back is
HuRting Serverely and I got Bad Head aches and
chest pains. Now My Blood pressure is High cause of
My Head aches & chest pain these thing happen when My
Blood pressure go up.

#315027
#188816

Emanuel H Jaues #557338

Case Name: Jones v. State of Delaware Department of
Corrections

Case Number: 1:06-cv-773-SLR

## Amended Complaint

On the 18th day of January 2007 on
2D pod at the Howard.R.Young correctional Institution
at 2:00 O.clock PM OFFicer ARVANNO was
on duty. I Emanuel.H.Jones #557338 asked
OFFicer ARVANNO can I have Some desinFect
and Some Bleach in My Bucket oF water to
Sanitize My cell Room, OFFicer Stated to me
I'm Not giving you Anything, I told him that
the OFFicers is Suppose to let us as Inmates
disinFect ouR Rooms, He Stated again I'm not
giving you Anything and FoR me to get out oF
his Face Before He give me a 24 hour Sanction
I ask can I see a Sgt oR Lt he said Shut up
and get the Fuck Away From me Before he
call a code and the Team come up heRe and
Beat My Black ass. this OFFicer threats and
disRespect was Not pRoFessional at all, this
OFFicer Violated My constitutional & civil Rights
and InFringment oF Inmate Rights

Sincerely yours
Emanuel.H.Jones #557338
Howard.R.Young correctional Institution
1301 East 12th Street. P.O. Box 9561
Wilmington, De 19809

tou

Amended Complaint

4 to 12 shift

On the 22nd day of January 2007 on pad 2D at the Howard R. Young Correctional Institution. Officer Toussaint, Officer Cooke and Sgt Williams at dinner time around the hours of 4:30 pm & 5:20 deprived Me of My dinner Meal By Sending Me to My Room For a 24 hour Sanction Room confinement Sgt Williams then came to my Room and asked Me did I eat, I Emanuel H. Jones *55733 Stated Stated to the Sgt that I didn't eat he said If you didn't eat you ain't gonna eat and if you cause any trouble about Not eating I will call a code on you and the quick Response Team will handle you and Beat you like we Beat EveryBody Else who acts up and you wont live to tell anyBody Officer Toussaint, Officer Cooke, Sgt Williams deprived Me of My dinner Meal and threaten My Life to cause harm or even death.

## Witnesses

1. Marshall ox #315027
2. Jack Jenkins #2188816
3. Timothy Austin 377507
4. Lamar E. Flem 367185
5. Gabriel OCherico 177919
6. Vin A Manginelli 203897 - 302-454-7777
7. E. Mullingly 443027.
8. Quinn MARTIN Quinn Martin 358943
9. Jason Simerong 355751
10. Joseph Reed Jr. 527280

Amended Complaint

On the 23rd day of January 2007 At the
Howard.R.Young Correctional Institution I
Emanuel.H.Jones *557338 was transferred to
1E pod For lock up officer Galli, officer Baker
Lt williams Sgt williams Started punching,
Kicking, choking Me and Spayed Me with
Mase while the handcuffs was Still on me
after they Beat me I took to medical the Nurse
looked at Me I told the Nurse I was in pain From
them Beating me up the Nurse did Nothin and went
By the officer word that I was ok and I wasint
ok So they transfered Me Back to 1E pod put me In
Room on the Top Bunk with Know way For me to
get up & down off the Bunk, No ladder or Steps Nothin
In Medical & this Institution Know of My Back pair
and Know I cant get up & down off a Top Bunk Instead
they let me go to a Top Bunk anyway, so I was tryin
to get down to use the Bathroom I Fell off the Top
Bunk and Fractured My Right Foot the Institution
Medical call 911 and I was transferred to St Francis
Hospital For My Broken Foot Injury. I would like to
Hold this Institution & Medical department liable
For My Broken Foot Injury. There Is also Medical
Reports & Records at St Francis Hospital on 1-23-07
around the hour of 1:30 am. and due to my
Condition I not Suppose To Be a Top Bunk.

Case Name: James V. Norris et al
Case Number: 1:06-cv-674-SLR
Amended Complaint

On the 27th day of May 2006, Officer
Norris #2463.2 deprived me of Medical care with
his threats to Refuse Medical treatment and his
authority over me as a New castle county Police
Officer, this officer called me a Nigger then shot me
in the Back with his Taser and put the handcuffs
on me so tight that they left scars on my wrist
Now my Back Stay in Severe pain every day I
Take 5 or 6 diffrent pain Medications & 1 or 2 diffrent
Type of Muscle Relaxers My Back is always hurting
constantly, also I have alot of Non physical
Injuries humiliation, abarrassment, Feelings
Emotional distress, Mental depression & Stress
cause of this officer calling me a Nigger
then Shooting me in the Back with his Taser
putting his knees in my Back were he shot me at
then threaten my life at the police station to
Refuse Medical treatment Now Im always having
Bad dreams of police hurting me, My Back always
giving out on Me, I can't sleep cause Everytime I
lay on my Right side it hurts, I can't work a Normal Jo
cause my Back is always hurting, I can't think or
focus Right cause I always thinking of this offic
hurting Me and calling me a "Nigger" and threaten
Me, Now I think Every officer of the law is Racist
and out to hurt me cause of this officer actio
as a New castle county police officer, he suppose

part-2 of amended complaint

To Serve in protect Not harm & threaten. officer Norris #2463.2 caused a Very Serious Injury to Me and caused Me physical and Emotional Indifferences to my Federal protected Rights & Constitutional and civil as a New castle police officer his actions was Very Evil, Reckless, careless & Racist. also the New castle county Police Department is Responsible and the over Seers of Each police officer conduct and officer Norris "Sware" under oath to serve & protect But he don't Serve & protect For people of color cause he's Racist and don't like people of color So he harm them when Ever he have a chance and Im one of them people, The police Department of New castle county Should Be held liable For officer Norris action & Misconduct, also the chief and Internal affairs department at New castle county Police Department was Made aware of officer Norris actions, and I <u>Emmanuel.H. Jones</u> asked them to do a Investigation on officer Norris, But Never told Me of any Results of they Investigation and Never Knew if they Even Investigated my allegations So I Will also like to Hold the New castle county Police Department accountable For officer Norris #2463.2 actions & conduct as a New castle county Police officer and I'll also like to File this lawsuit against officer Norris in his Personal capacity and his capacity as

part-3 of Amended complaint

a New castle county police officer cause this officer caused a very serious injury upon me and Nonphysical Injuries such as humiliation Emotional distress & suffering disgrace, Feeling of degradation, Injury to Feelings, Fright, and Embarrassment. also officer Norris conduct amounted to callous Indifferences to my Federally protected Rights to Be Free From, physical Violence, Mistreatment threats, Harassment, Illegal detention, Illegal arrest, and Illegal Searches and Seizures. officer Norris actions was very Unconstitutional & Evil & Racist.

Sincerely
yours

Emanuel.H.Jones
SBI # 557338
Howard.R.Young correctional Institution
1301 East 12th Street. P.O. Box 956
Wilmington, De 19809

Case Name: James V. Norris et al
Case Number: 1:06-cv-674-SLR
Amended Complaint

ON the 27th day of May 2006, OFFICER
Norris #2463.2 deprived me of Medical care with
his threats to Refuse Medical treatment and his
authority over me as a New castle county Police
OFFicer, this OFFicer called me a Nigger then shot me
in the Back with his Taser and put the handcuffs
on me so tight that they left scars on my wrist
Now my Back stay in Severe pain Every day I
Take 5 or 6 diffrent pain Medications & 1 or 2 diffrent
Type of , Muscle Relaxers My Back is always hurting
constantly, also I have alot of Non physical
Injuries humiliation, aBarrassment, Feelings
Emotional distress, Mental depression & Stress
cause of this OFFicer calling me a Nigger
then Shooting me in the Back with his Taser
putting his Knees in my Back were he shot me at
then threaten my life at the police station to
Refuse Medical treatment Now I'm always having
Bad dreams of police hurting me. My Back always
giving out on Me, I can't Sleep cause Every time I
lay on My Right side it hurts, I can't work a Normal Jo
cause my Back is always hurting, I can't think or
Focus Right cause I always thinking of this OFFic
hurting Me and calling me a "Nigger" and threateni
Me, Now I think Every OFFicer of the law is Racist
And out to hurt me cause of this OFFicer actio
as a New castle county police OFFicer his Super

part 2 of amended complaint

To Serve in protect Not harm & threaten. Officer Norris #2463-2 caused a very Serious Injury to Me and caused Me physical and Emotional Indifferences to my Federal protected Rights & Constitutional and civil As a New castle police officer his actions was very Evil, Reckless, careless & Racist. also the New castle county Police Department is Responsible and the over Seers of Each police officer conduct and officer Norris "Swore" under oath to serve & protect But he don't serve & protect For people of color cause he's Racist and don't like people of color So he harm them when ever he have a chance and I'm one of them people, The police Department of New castle county should Be held liable For officer Norris's action & Misconduct, also the chief and Internal Affairs department at New castle county Police Department was Made Aware of officer Norris actions, and I Emanuel.H. Jones asked them to do a Investigation on officer Norris, But Never told Me of any Results of they Investigation and Never Knew if they Even Investigated my allegations so I will also like to Hold the New castle county Police Department Accountable For officer Norris #2463-2 actions & conduct as a New castle county Police officer and I'll also like to File this lawsuit against officer Norris in his Personal capacity and his capacity as

part.3 of Amended complaint

a New castle county police officer cause this officer caused a very serious injury upon me and NonphysIcal Injuries such as humiliation Emotional distress & suffering disgrace, feeling of degradation, Injury to feelings, fright, and Embarrassment. also officer Norris conduct amounted to callous Indifferences to my Federally protected Rights to Be free from, physical Violence, Mistreatment, threats, Harassment, Illegal detention, Illegal arrest, and Illegal searches and Seizures. officer Norris actions was very Unconstitutional & Evil & Racist.

Sincerely
yours

Emanuel.H.Jones
SBi# 557338
Howard.R.Young correctional Institutio
1301 East 12th Street . P.O.Box 9561
Wilmington, DE 19809

Case Name: Vance V. Norris et al

Amended Complaint

# Monetary Relief

1. Violation of My Constitutional Rights $ 50.000

2. Violation of My Civil Rights $ 50.000

3. Punitive Damage $ 40.000

4. Compensatory Damage $ 40.000

5. Pain & Suffering $ 25.000

6. Mental, Anguish, distress, depression $ 40.000

7. cruel & unusual punishment $ 25.000

8. Anguish $ 25.000

9. Emotional distress & stress $ 25.000

1:06-CV-773-SLR

Case Name: Delaware State Department of Correction

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

**MEMORANDUM**

TO:        Inmate *Emanuel Jones 2 D*

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    1/16/07

RE:        YOUR RECENT GRIEVANCE # *92645*

This memo is to inform you that the grievance submitted by you dated *1/6/07*, regarding
_____ *Showers* _____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

✓ This is an issue/complaint that has already been grieved by you or another inmate. *88591*

_____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

Case Name Delaware State Department of Corrections

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:             Emanuel Jones 2 d/13

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        1/10/07

RE:             GRIEVANCE # 92231

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____work in food_____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

Case Number: 1:06-cv-773-SLR

Case Name Delaware State Department of Corrections

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO: Emmanuel Jones 2A

FROM: Sgt. M. Moody, Inmate Grievance Chair

DATE: 12/21/06

RE: GRIEVANCE # 06-88592

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____ rodents _____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

Case Number: 1:06-cv-773-SLR

Case Name: Delaware State Department of Corrections

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:            Emmanuel Jones

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:         12/21/06

RE:            GRIEVANCE # 06-88623

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _dirty trays_.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

Case Number: 1:06-CV-773-SLR

Case Name   Delaware State Department of Corrections

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:         Emanuel Jones Srd

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:       12/21/06

RE:         GRIEVANCE # 06-8859/.

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding _____Showers_____.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

*Case Name:*
*Jones N. Delaware State*
*Department of correction.*

*case number: 1:06-cv-773*
*(SLR)*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

# *MEMORANDUM*

*TO:*      *Emanuel Jones, 557338*
             *2D Pod*

*FROM:*   *Warden Raphael Williams*

*DATE:*    *December 18, 2006*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *Your correspondence has been forwarded to Major Williams for review and any action deemed appropriate.*

*RW:adc*

## *DISTRIBUTION*

*Major Dave Williams*
*File*