Dear Clerk

Can you please send me Receipt for the partial Filing Fee of $5.50 for case name Jones V. Delaware State Department of Corrections case number 06-773-SLR cause I never Received a Receipt and the money was sent. also Sir I Really Need counsel for my case I don't know nothin about civil actions and I Need to know the merits of my case and alot of other things I don't have access to the law library as needed I can't Represent this case at all and I don't want to lose this case. So can you please let me know if the court is gonna assign me counsel cause I Really Need to know please.

Thank You

Sincerely Yours

Emanuel. H. Jones
SBI# 557332

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

H. Jones #557232
P.O. Box 9561
Smyrna, De 19809



Clerk
U.S. District Court
LockBox - 18
844 N King Street
Wilmington, De
19801

INMATE LEGAL MAIL



MULTI-PURPOSE CRIMINAL JUSTICE
P.O. BOX 9561
WILMINGTON, DE 19809
INCOMING/OUTGOING MAIL
MAIL AND/OR MONEY ORDERS MUST STATE
FULL NAME AND ID NUMBER
DO NOT SEND CASH OR PERSONAL CHECKS
We are not responsible for letters or
money orders without the above information