Case 1:06-cv-00773-SLR   Document 10   Filed 02/28/2007   Page 1 of 4

DEAR CLERK [FILING FOR appointment of Counsel]

Here's Two letters to show that I tried to get counsel to Represent My case But these are they Responses can you also ad these letters & this Note to my appointment of Counsel Motion.

06-773

1. I don't know anything about a Summary Judgement or how to Respond to a Defendant Motion, I don't know How to Prepare discovery For trial I Just don't know anything about Merits in My case and I'll like to know do I have any in My case I also Need counsel to contact My witnesses For trial and I Need Counsel to Fight this case in trial For Me cause I have No legal experience. I Beg Mercy upon the court For appointment of Counsel.

Emanuel. H. Jones # 557338



FILED
FEB 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<div align="center">

**RAMUNNO, RAMUNNO & SCERBA, P.A.**
ATTORNEYS-AT-LAW
903 N. FRENCH STREET
WILMINGTON, DELAWARE 19801-3371

(302) 656-9400
FAX (302) 656-9344

</div>

L. VINCENT RAMUNNO
LAWRENCE A. RAMUNNO
DAVID R. SCERBA
VINCENT RAMUNNO, JR
LOUIS JOSEPH RAMUNNO

MIDDLETOWN OFFICE
702 ASH BOULEVARD
MIDDLETOWN VILLAGE SHOPPING CENTER
MIDDLETOWN, DE 19709
(302) 376-9100

<div align="center">September 13, 2006</div>

Emanuel H. Jones
SBI# 557338
1301 East 12th Street
H.R.Y.C.I., P.O. Box 9561
Wilmington, De 19809

Dear Mr. Jones:

    In response to your recent letter I am unable to represent you at this time.

<div align="center">

Very truly yours,

L. Vincent Ramunno

</div>

LVR/np



**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Shari J. Odenheimer*
Partner
Attorney at Law
sodenheimer@potteranderson.com
302 984-6081 Direct Phone
302 778-6081 Fax

Admitted in PA Only*

January 10, 2007

**VIA FIRST CLASS MAIL**

Emanuel L. Jones #557338
H.R.Y.C.I * P.O. Box 9561
Wilmington, DE 19809

Dear Mr. Jones:

    I received your letter requesting my assistance but unfortunately I am unable to help you at this time. I do not handle the kind of work you are requesting and at this time I am not admitted to practice law in the state of Delaware.

    I have been advised that there is a panel of attorneys available to assist in matters such as yours. Once your complaint is filed, if the court finds merit, they will themselves refer your matter to one of the panel attorneys.

    I wish you the best of luck.

Sincerely,

Shari J. Odenheimer

Shari J. Odenheimer

SJO:mlg

Emanuel H. Jones #557338
Howard R. Young correctional Institution
1301 East 12th street • P.O. Box 9561
Wilmington, DE 19809



WILMINGTON DE 197
26 FEB 2007 PM 1 L

Clerk
U.S. District court
Lock Box. 18
844 North King Street
Wilmington, DE 19801