Jones .V. Delaware State Department of Correction

## Amended Complaint

Civil Action No. 06-773-SLR

The Name of appropriate defendants in this Civil action.

1. Warden IV Raphael Williams
2. Major Dave Williams
3. Lt Shyers
4. Lt Williams
5. Sgt Williams
6. Officer Baker
7. Officer Galli
8. Officer Sharma


FILED APR 30 2007 U.S. DISTRICT COURT

address for defendants is
Howard. R. Young Correctional Facility
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809

Sincerely yours
Emanuel. H. Jones #55733
H.R.Y.C.I * P.O. Box 956
Wilmington, DE 1980

Emanuel. H. Jones #557338
H.R.Y.C.I * P.O. Box 9561
Wilmington, De 19809

Clerk
U.S District Court
LockBox. 18
844 N. King Street
Wilmington, De 19801

LEGAL MAIL ONLY