In the United States District Court
For the District of Delaware

Emanuel. H. Jones
   Plaintiff

Delaware State
Department of Corrections
Warden Williams
Major Williams
Lt Williams
Lt Shyers, Sgt Williams
Officers Baker, Galli
Sharma

Civil Action No
06-773-SLR

FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Appointment of Counsel

I Emanuel. H. Jones as the plaintiff in this civil action would like to have appointment of counsel for the reasons that follows.

Counsel can do a better job cause they know the law pretty well and a better job conducting discovery.
   Knighton. V. Watkins, 616 F.2d 795, 799 (5th Cir. 1980)
   Jackson. V. County of Mclean, 953 F.2d 1070 (7th Cir. 1992)

Whether the case have merit.
   Tabron. V. Grace, 6 F.3d at 155
   Cooper. V. A Sargenti Co Inc, 877 F.2d 170, 173 (2d Cir. 1989)

The plaintiff ability to investigate the Facts
Tabron V. Grace, 6 F.3d at 156

Whether conflicting evidence implicating the need for cross examination will be important to the case."

   Tabron V. Grace 6, F.3d at 156,
 Rayes V. Johnson, 969 F.2d 700, 704 (8th Cir) 113 S.Ct 658 (1992)

The Indigent's ability to present the case
Tabron. V. Grace, 6 F.3d at 156

The complexity and difficulty of the case cause this case have very serious allegations and many diffrent constitutional violations and many diffrent witnesses to this case, can the court please appoint counsel cause this case have extreme difficulty and may need a high degree of trial skills based on firm foundation of depositions and other pre trial discovery and preparation that is usually beyond the abilities of a pro se prisoner

Emanuel. H. Jones
SBI:# 557338
Howard. R. Young Correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809



Emanuel.H.Jones #557
H.R.Y.C.I * P.O.Box 9561
Wilmington, DE 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801