Dear Clerk

My Name is Emanuel Jones # 557338 I'm No longer at the Howard .R. Young Correctional Institution I'm still in a State Facility said plummer center can you please Forward all Court Mail to the address Below

↓

Emanuel. H. Jones # 557338
38 Todds Lane
Wilmington, De 19802

Plummer Correctional Center

06 cv 674 SLR

06 cv 773 SLR

FILED

JUN 12 2007

RGscan

COURT
ELAWARE

Sincerely yours

Emanuel. H. Jones
SBI # 557338
38 Todds Lane
Wilmington, De
19802