IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL H. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-773-SLR |
| ) | |
| WARDEN RAPHAEL WILLIAMS, ) | |
| MAJOR DAVE WILLIAMS, ) | |
| LT. SHYERS, LT. WILLIAMS, ) | |
| SGT. WILLIAMS, OFFICER BAKER, ) | |
| OFFICER GALLI, and OFFICER ) | |
| SHARMA, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 26th day of July, 2007;

Plaintiff Emanuel H. Jones filed a complaint and an amended complaint pursuant to 42 U.S.C. § 1983. (D.I. 2, 7) On April 24, 2007, the complaint and its amendment were dismissed with leave to amend. (D.I. 11) Plaintiff timely filed an amended complaint, and on June 14, 2007, an order was entered dismissing the amended complaint and giving plaintiff a final opportunity to amend within thirty days from the date of this order or the case would be closed. (D.I.14) The thirty days have passed and an amended complaint has not been filed.

THEREFORE, IT IS ORDERED that the case is closed for failure to file an amended complaint. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE